# United States District Court
### for the
### Western District of New York

United States of America

v.

**AMANDEEP KAUR**

*Defendant*

Case No. 24-mj-5091

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 7, 2024 in the County of Niagara, in the Western District of New York, the defendant, AMANDEEP KAUR, an alien who previously had been deported and removed from the United States on or about April 17, 2024, attempted to enter the United States of America, without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

**All in violation of Title 8, United States Code, Sections 1326(a).**

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

MARK E. JANN
ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION
*Printed name and title*

Sworn to before me telephonically.

Date: May 8, 2024

*Judge's signature*

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Buffalo, New York

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

State of New York        )
County of Niagara        ) SS:
City of Lewiston         )

I, Mark Jann, being duly sworn, deposes and states:

1. I am an Enforcement Officer with United States Customs and Border Protection (CBP) currently assigned as a Task Force Officer with Homeland Security Investigations (HSI) within the Department of Homeland Security (DHS) and have been so employed in immigration law enforcement for the past twenty-seven years.

2. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8 United States Code, Section 1326(a).

3. I make this affidavit in support of the annexed criminal complaint charging Amandeep KAUR, (herein after referred to as Kaur), an alien, born 1987, in India, a Citizen of India, with attempting to enter the United States after having been deported or removed from the United States in violation of Title 8 United States Code, Section 1326(a).

4. The statements contained in this affidavit are based upon my personal knowledge and upon information provided to me by other U.S. Customs and Border Protection Officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to

establish probable cause to believe that Kaur did knowingly violate Title 8 United States Code, Section 1326(a).

5. At approximately 4:11 p.m. on May 7, 2024, at the Peace Bridge port of entry in Buffalo, New York, in the Western District of New York, Customs and Border Protection Officer J. Harbison conducted the primary inspection of a tractor trailer semi-truck bearing Province of Ontario registration being driven by Rafaqat Hayat. Officer Harbison, as part of normal procedure, referred the tractor-trailer to secondary for a Vehicle and Cargo Inspection System (VACIS) X-ray scan.

6. CBP Officer K. Redanz performed the VACIS X-ray scan of the tractor-trailer and discovered an anomaly in the cab of the truck. Officer Redanz conducted a physical search of the truck's cab and found four individuals hiding behind a curtain. One of these individuals was identified as Kaur.

7. Next, CBP Officer Brian Gregory entered Kaur's fingerprints into the Interagency Fingerprint Identification System (IAFIS) database to verify her identity and any immigration history in the United States. This scan resulted in an identical fingerprint match to FBI number RF209KXXX, and an Immigration Fingerprint Identification number. The FBI and FIN numbers referenced alien file number A241 058 XXX.

8. Immigration record checks related to alien file number A241 058 XXX revealed that Kaur was ordered Expeditiously Removed and was physically deported from

the United States on April 17, 2024. Kaur is prohibited from reentering the United States without express permission from the Secretary of the Department of Homeland Security.

9. Immigration record checks failed to show that Kaur had applied for or received permission from the Secretary of the Department of Homeland Security to reenter the United States.

WHEREFORE, I respectfully submit the foregoing facts to establish probable cause to believe that on May 7, 2024, Amandeep KAUR did attempt to enter the United States after having been removed or deported from the United States, in violation of Title 8 United States Code section 1326(a). I further request that a Criminal Complaint in the form annexed be issued.

_____
Mark E. Jann Task Force Officer
Homeland Security Investigations

Sworn to before me telephonically
this 8 day of May 2024.

_____
MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE