IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

AMANDEEP KAUR,

              Defendant.

---

24-mj-5091

## MISDEMEANOR INFORMATION

### COUNT 1
(8 U.S.C. § 1325(a)(2))

**The United States Attorney Charges That:**

On or about May 7, 2024, in the Western District of New York, the defendant, **AMANDEEP KAUR**, an alien, did willfully elude examination and inspection by immigration officials.

**All in violation of Title 8, United States Code, Section 1325(a)(2).**

DATED: Buffalo, New York, May 14, 2024.

                                      TRINI E. ROSS
                                      United States Attorney

BY:                   *[signature]*
                                      MICHAEL DIGIACOMO
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Western District of New York
                                      138 Delaware Avenue
                                      Buffalo, New York  14202
                                      716/843-5885
                                      Michael.DiGiacomo@usdoj.gov